GARY M. RESTAINO
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Jose Luis Villarreal, Jr.,<br>(Counts 1-11)<br><br>2. Francisco Alberto Yslas,<br>(Counts 1-5)<br><br>3. Jorge Francisco Yslas, and<br>(Counts 1 and 6)<br><br>4. Enoc Francisco Ibarra,<br>(Counts 1 and 7-11)<br><br>Defendants. | No. CR-24-00344-PHX-SPL (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2),<br>and 2<br>(Material False Statement During<br>the Purchase of a Firearm,<br>Aid and Abet)<br>Counts 2-11<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about April 19, 2023, through on or about June 29, 2023, in the District of Arizona and elsewhere, Defendants JOSE LUIS VILLARREAL, JR., FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, and ENOC FRANCISCO IBARRA did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, with the acquisition of a firearm from

a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to the dealer of firearms, which statement was intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowing false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain to assist in the unlawful sale of firearms.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants JOSE LUIS VILLARREAL, JR., FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, ENOC FRANCISCO IBARRA, and other co-conspirators, was to carry out the conspiracy and effect its unlawful objects as follows:

It was part of the conspiracy that Defendants JOSE LUIS VILLARREAL, JR., FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, and ENOC FRANCISCO IBARRA would purchase firearms by making, or causing to be made, material false statements to a licensed firearms dealer.

It was further part of the conspiracy that Defendants JOSE LUIS VILLARREAL, JR., FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, and ENOC FRANCISCO IBARRA had knowledge and intention that the firearms would ultimately be transported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that Defendant JOSE LUIS VILLARREAL, JR. would provide cash to pay for the firearm(s) to Defendants FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, and ENOC FRANCISCO IBARRA to purchase

firearm(s).

It was a further part of the conspiracy that Defendant JOSE LUIS VILLARREAL, JR., would pay Defendants FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, and ENOC FRANCISCO IBARRA for each person's participation in purchasing, transferring, and transporting the firearms.

It was a further part of the conspiracy that Defendants JOSE LUIS VILLARREAL, JR., FRANCISCO ALBERTO YSLAS, JORGE FRANCISCO YSLAS, ENOC FRANCISCO IBARRA, and other co-conspirators never had any valid license or other authority to export the firearms from the United States into the Republic of Mexico or a license to deal firearms.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1.    On or before April 19, 2023, Defendant JOSE LUIS VILLARREAL, JR. asked Defendant FRANCISCO ALBERTO YSLAS to purchase firearm(s) on his behalf and to lie on the ATF Form 4473 to effectuate the purchase(s).  Defendant JOSE LUIS VILLARREAL, JR. arranged each firearm purchase, believing the firearms would be transported and delivered to someone in Mexico.

2.    Between April 19, 2023, and June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS purchased four firearms as directed by Defendant JOSE LUIS VILLARREAL, JR. from Jones and Jones, a licensed gun store in Somerton, Arizona.

3.    Between April 19, 2023, and June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS delivered the firearms to Defendant JOSE LUIS VILLARREAL, JR.

4.    Between April 19, 2023, and June 29, 2023, Defendant JOSE LUIS VILLARREAL, JR. transported Defendant FRANCISCO ALBERTO YSLAS to Jones and Jones and provided the money for each firearm purchase.

5.    Between April 19, 2023, and June 29, 2023, Defendant JOSE LUIS VILLARREAL, JR. paid Defendant FRANCISCO ALBERTO YSLAS money for each

firearm transaction.

6.    Between April 19, 2023, and June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS purchased the firearms and knowingly lied on the ATF Form 4473, indicating that he was the actual purchaser of each firearm and that he was not buying the firearm(s) on behalf of someone else (see Counts 2-4).

Firearm Purchases on May 31, 2023

7.    On or before May 31, 2023, Defendant FRANCISCO ALBERTO YSLAS asked his brother, Defendant JORGE FRANCISCO YSLAS, to purchase a firearm for Defendant JOSE LUIS VILLARREAL, JR.

8.    On or before May 31, 2023, Defendant FRANCISCO ALBERTO YSLAS told Defendant JORGE FRANCISCO YSLAS that the firearm purchase was for another person.

9.    On May 31, 2023, Defendant JOSE LUIS VILLARREAL, JR. drove Defendants FRANCISCO ALBERTO YSLAS and JORGE FRANCISCO YSLAS to Jones and Jones in Somerton, Arizona to purchase firearms.

10.    On May 31, 2023, Defendant JOSE LUIS VILLARREAL, JR. provided the money to purchase each of the firearms.

11.    On May 31, 2023, Defendants FRANCISCO ALBERTO YSLAS and JORGE FRANCISCO YSLAS each purchased one or more firearms for Defendant JOSE LUIS VILLARREAL, JR.

12.    On May 31, 2023, Defendants FRANCISCO ALBERTO YSLAS and JORGE FRANCISCO YSLAS knowingly lied on the ATF Form 4473 about being the actual purchaser of the firearm(s) (Counts 3 and 6).

13.    On May 31, 2023, Defendants FRANCISCO ALBERTO YSLAS and JORGE FRANCISCO YSLAS delivered the firearm(s) to Defendant JOSE LUIS VILLARREAL, JR.

IBARRA's Firearm Purchases

14.    On or before June 8, 2023, Defendant JOSE LUIS VILLARREAL, JR. and

- 4 -

a co-conspirator asked Defendant ENOC FRANCISCO IBARRA to purchase firearms on their behalf.

15. On or between June 8, 2023, and June 26, 2023, Defendant ENOC FRANCISCO IBARRA purchased nine firearms for Defendant LUIS VILLARREAL, JR.

16. On or between June 8, 2023, and June 26, 2023, Defendant JOSE LUIS VILLARREAL, JR. gave Defendant ENOC FRANCISCO IBARRA the money to purchase each of the firearms.

17. On or between June 8, 2023, and June 26, 2023, Defendant JOSE LUIS VILLARREAL, JR. paid Defendant ENOC FRANCISCO IBARRA money for each firearm transaction.

18. On or between June 8, 2023, and June 26, 2023, Defendant ENOC FRANCISCO IBARRA knowingly lied on the ATF Form 4473 each time he purchased firearms for Defendant JOSE LUIS VILLARREAL, JR. by indicating that he was the actual purchaser of firearms and that he was not purchasing the firearms for someone else (Counts 6-10).

19. On or between June 8, 2023, and June 26, 2023, Defendant ENOC FRANCISO IBARRA delivered the firearms he purchased to Defendant JOSE LUIS VILLARREAL, JR.

<u>Firearm Interdiction on June 29, 2023</u>

20. On June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS purchased a Century Arms VSKA rifle from Jones and Jones as directed by Defendant JOSE LUIS VILLARREAL, JR.

21. On June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS lied on the ATF Form 4473 by indicating that he was the actual purchaser of the firearm and that he was not buying the firearm for someone else.

22. On June 29, 2023, Defendant FRANCISCO ALBERTO YSLAS placed the firearm in the trunk of Defendant JOSE LUIS VILLARREAL, JR.'s white Kia in the Jones and Jones' parking lot after making the purchase.

23. On June 29, 2023, Defendant JOSE LUIS VILLARREAL, JR. drove the white Kia with the Century Arms VSKA rifle, with the intent of delivering it to another person, before being stopped by Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) special agents, who seized the firearm.

In violation of Title 18, United States Code, Section 371.

### COUNTS 2-5

On or about the dates listed below, in the District of Arizona, Defendant FRANCISCO ALBERTO YSLAS, aided and abetted by Defendant JOSE LUIS VILLARREAL, JR., knowingly made false statements and representations in connection with the acquisition of a firearm to Jones and Jones, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by Jones and Jones, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that Defendant FRANCISCO ALBERTO YSLAS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm(s), whereas in truth in fact, he was purchasing the firearm(s) on behalf of someone else:

| COUNT | DATE | FIREARMS |
|---|---|---|
| 2 | 4/19/2023 | 1 SCAR rifle |
| 3 | 5/31/2023 | 1 Glock pistol |
| 4 | 6/21/2023 | 1 Century Arms Draco pistol |
| 5 | 6/29/2023 | 1 Century Arms VSKA rifle |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNT 6

On or about May 31, 2023, in the District of Arizona, Defendant JORGE FRANCISCO YSLAS, aided and abetted by Defendant JOSE LUIS VILLARREAL, JR.,

- 6 -

knowingly made a false statement and representation in connection with the acquisition of a firearm to Jones and Jones, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by Jones and Jones, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that Defendant JORGE FRANCISCO YSLAS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm(s), whereas in truth in fact, he was purchasing the firearm(s) on behalf of someone else.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 7-11

On or about the dates listed below, in the District of Arizona, Defendant ENOC FRANCISCO IBARRA, aided and abetted by Defendant JOSE LUIS VILLARREAL, JR., knowingly made false statements and representations in connection with the acquisition of a firearm to Jones and Jones, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by Jones and Jones, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that Defendant ENOC FRANCISCO IBARRA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm(s), whereas in truth in fact, he was purchasing the firearm(s) on behalf of someone else:

| COUNT | DATE | FIREARMS |
|---|---|---|
| 7 | 6/8/2023 | 2 Pistols |
| 8 | 6/13/2023 | 2 Pistols |

- 7 -

| 9 | 6/16/2023 | 2 Pistols |
|---|---|---|
| 10 | 6/21/2023 | 2 Pistols |
| 11 | 6/26/2023 | 1 Pistol |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 through 11 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 11 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable.

If any forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

//

- 8 -

All in accordance with Title 18, United States Code, Sections 924(d) and 981; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date:   February 27, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/

SHEILA PHILLIPS
Assistant U.S. Attorney