**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
| --- | --- | --- |
| IBARRA, Enoc et al | 784096-23-0052 | 5 |

## SUMMARY OF EVENT:

Interview of Enoc IBARRA: On July 19, 2023, Special Agent (SA) Kyle Dandoy, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and Officer Lara, Custom Border Protection (CBP), conducted an interview with Enoc Francisco IBARRA, hereinafter IBARRA (Hispanic Male, DOB: [redacted]) at the San Luis Port of Entry reference his firearm purchases.

## NARRATIVE:

1. On July 19, 2023, at approximately 21:36 hours, SA Dandoy received a phone call from a Custom Borders Protection Agent (CBP) at the San Luis Port of Entry, who stated IBARRA was applying for entry into the United States. SA Dandoy advised CBP that SA Dandoy would be enroute to speak with IBARRA. Once at the port, SA Dandoy and CBP Lara escorted IBARRA to an interview room.

2. This report serves to memorialize the fact that the statements were audio recorded. It is intended to provide a summary of the substance of the interview and is not intended to be a verbatim or transcribed account of the interview. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original recording of this interview is the best evidence of its content. (**Note:** A CD containing this audio recorded interview was entered into evidence as Item #5).

3. Once in the room, SA Dandoy identified himself by displaying his Agency issued credentials. At approximately 22:41 hours, CBP Lara read IBARRA the Spanish version of the Advice of Rights and Waiver Form (ATF Form 3200.4). IBARRA understood his rights and signed the form. It should be noted Officer Lara translated for SA Dandoy as IBARRA primarily spoke Spanish.

4. Agents first gathered personal information from IBARRA, such as verifying his name, date of birth, and social security number. IBARRA was born in Los Angeles, California and was currently residing in Mexico. IBARRA stated he had lived in Mexico his entire life but lived in the states when he was working. IBARRA stated he lived [redacted]. [redacted], when he worked in the fields back in 2015. IBARRA stated the residence belonged to his aunt who sold the house approximately five (5) years ago. As a reminder, IBARRA was listing the [redacted] residence on the Firearm Transaction Record (ATF Form 4473).

5. SA Dandoy asked IBARRA if he knew what ATF was, IBARRA stated he did and told SA Dandoy the meaning of ATF. SA Dandoy asked IBARRA if he knew why agents were speaking with him, and IBARRA

| Prepared by: | Title: | Signature: | Date: |
| --- | --- | --- | --- |
| Kyle E. Dandoy | Special Agent, Yuma Satellite Office | | |
| Authorized by: Angelica Carpenter | Title: Acting RAC, Yuma Satellite Office | Signature: | Date: |
| Second level reviewer (optional): Christopher R. Bombardiere | Title: Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

stated he did. IBARRA stated his friend "Jose Luis" also known to agents as Jose Luis VILLARREAL Jr, hereinafter VILLARREAL (Hispanic Male, DOB: [redacted]), told IBARRA he was detained by police. VILLARREAL told IBARRA the police questioned him and showed VILLARREAL a photograph of IBARRA.

6. SA Dandoy asked IBARRA how he met VILLARREAL, and IBARRA stated he met him at party with his cousins. Agents showed a photograph of VILLARREAL to IBARRA who confirmed that was who IBARRA identified as "Jose Luis."

7. SA Dandoy asked IBARRA how many firearms he had purchased, and IBARRA stated approximately nine (9). When asked what happened to the firearms, IBARRA stated he left the firearms in the vehicle with VILLARREAL. IBARRA did not know what happened with the firearms after, but believed the firearms were given to someone he knew as "[redacted]."

8. IBARRA stated he did not really know [redacted] but has met him before as [redacted] provided IBARRA with cocaine. SA Dandoy asked IBARRA why he started to purchase firearms, and IBARRA believed it was because he told VILLARREAL he needed money. According to IBARRA, [redacted] asked VILLARREAL if IBARRA was a United States citizen in which IBARRA told VILLARREAL he was. IBARRA stated VILLARREAL gave [redacted] his phone number and was asked to purchase firearms.

9. IBARRA stated he was only supposed to purchase firearms one (1) time but continued buying because he thought it was easy. IBARRA stated he was paid $250 per signature, as in per transaction. IBARRA stated after he purchased the firearms, he was dropped off at McDonalds or the taxicab drop off point near the San Luis Port of Entry. IBARRA stated when he was dropped off, VILLARREAL would pay him the $250. SA Dandoy asked IBARRA why he stopped buying firearms, and IBARRA claimed he wanted to stop, was looking for work, had a girlfriend, and four (4) kids between him (IBARRA) and his girlfriend.

10. SA Dandoy asked IBARRA where he got the money to purchase firearms, and IBARRA stated he was given the money by VILLARREAL. However, IBARRA stated the money given to him by VILLARREAL, came from [redacted]. SA Dandoy asked IBARRA how he knew what firearms to purchase, and IBARRA stated he was told by VILLARREAL, but [redacted] would tell VILLARREAL what to have purchased.

11. SA Dandoy showed IBARRA a photograph of Francisco Alberto YSLAS, hereinafter YSLAS (Hispanic Male, [redacted]), who IBARRA identified. IBARRA stated YSLAS was an ex-friend of his, and claimed to not know if YSLAS was purchasing firearms.

12. At this point, SA Dandoy had Officer Lara read section 21.a to IBARRA which asked the person completing ATF Form 4473 if they were the actual purchaser of the firearm. As mentioned earlier, IBARRA admitted to not being the true purchaser as he left the firearm with VILLARREAL after the purchase.

13. When agents mentioned how he checked the "yes" box as the actual purchaser, IBARRA claimed he had memorized what boxes to check while completing the form. IBARRA also sated he would only read the beginning of the question and would know how to answer. IBARRA understood he lied reference question 21.a.

14. SA Dandoy discussed the issue with his address on ATF Form 4473 and how he does not live at [redacted] and he must list his current residence. IBARRA understood.

15. While interviewing IBARRA, SA Dandoy recalled IBARRA mentioning [redacted] was his cocaine dealer. SA Dandoy asked IBARRA when he last used cocaine, and IBARRA stated on Monday of the previous week which would have been July 10, 2023. SA Dandoy explained to IBARRA how ATF Form 4473 also asked if he (IBARRA) was an unlawful user of any drug in which IBARRA marked no. IBARRA understood he was an unlawful user.

16. SA Dandoy asked IBARRA he possessed and import/export license or a Federal Firearm License (FFL). IBARRA stated he did not.

17. Agents asked IBARRA if he had any messages on his phone from [redacted] and IBARRA stated he did. IBARRA gave agents consent to look through his cell phone. CBP Lara reviewed the messages which discussed IBARRA needing money to travel to Phoenix, Arizona. CBP Lara did not find anything of value reference firearms trafficking. However, [redacted] whatsapp number was [redacted]. IBARRA's whatsapp number was [redacted].

18. Agents asked IBARRA if he had any questions in which IBARRA asked if he was under arrest. IBARRA was advised he was not under arrest at this time and Agents concluded the interview. IBARRA was released.

19. SA Dandoy secured the audio recording into evidence as item #5.




IBARRA's Arizona ID issued on 10/22/2021

**ATTACHMENTS:**

Advice of Rights and Waiver Form (ATF Form 3200.4) – IBARRA