GARY M. RESTAINO
United States Attorney
District of Arizona

SHEILA PHILLIPS
Michigan State Bar No. P51656
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-00344-PHX-SPL-3 |
| Plaintiff, | |
| vs. | **UNITED STATES SENTENCING MEMORANDUM** |
| Jorge Francisco Yslas, | |
| Defendant. | |

The United States requests the Court sentence Defendant to no more than 6 months' imprisonment followed by 3 years of supervised release as recommended in the Presentence Investigation Report (PSR).

## I.    FACTS

On February 27, 2024, a grand jury issued an 11-count indictment which charged Count 1: Conspiracy and Counts 2 through 11: Material False Statement During the Purchase of a Firearm and Aiding and Abetting. Specifically, it charged Jose Luis Villarreal Jr. was charged with Counts 1 through 11; Francisco Alberto Yslas, Defendant's brother, with Counts 1 through 5; Defendant with Counts 1 and 6; and Enoc Francisco Ibarra was with Counts 1, and 7 through 11.   PSR ¶ 3.

On February 29, 2024, Defendant was arrested on in the District of Arizona.  PSR ¶1. On March 5, 2024, the Court released him to a third party custodian since his primary residence is in Mexico. Id.  This case was Defendant's first contact with law enforcement.

Defendant has complied with the terms of his pretrial release and tested negative for illegal substances. PSR ¶ 6.

On June 28, 2024, Defendant pleaded guilty to Count 6 of the indictment, which charged him with making a material False Statement during the acquisition of a firearm from Jones and Jones, a licensed dealer of firearms in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2. PSR ¶ 4. Pursuant to the written plea agreement and Fed. R. Crim. P. 11(c)(1)(C), the parties stipulated Defendant's sentence shall not exceed 12 months and one day followed by a term of supervised release. PSR ¶ 5.

## II.     SENTENCING GUIDELINES

The PSR calculates Defendant's guideline range at 12 to 18 months based on a total offense level of 13 after acceptance of responsibility and a Criminal History Category of I. The PSR starts with a base level of 14 under USSG §2K2.1(a)(6) indicating Defendant was a prohibited person at based on his admitted, regular marijuana use. Defendant told his Probation Officer during the PSR interview that he had used marijuana daily for the last year – which would include the timeframe he made his straw purchase. PSR ¶ 55. Alternatively, if the Court finds the lower base level of 12 under USSG §2K2.1(a)(7) more appropriate based on case specific facts; and because marijuana use, although against federal law, is allowed under Arizona state law, Defendant's guideline range would be 8 to 14 months.

The United States agrees with sentencing adjustments in the PSR – which include the four-point enhancement under USSG §2K2.1(b)(6) based on Defendant's knowledge the firearm he purchased would or likely would be transported to Mexico as well as the two point role reduction under USSG §3B1.2(b) *See* PSR¶¶ 26, 28.

## III.    UNITED STATES SENTENCING RECOMMENDATON

Defendant's crime involved one straw purchase of a firearm knowing it would be transported to Mexico and likely end up in the hands of his brother's drug dealer. It is a serious offense that warrants serious consequences, especially considering the drug dealers

potential links to a Mexican drug cartel. Therefore, the United States believes a term of incarceration is appropriate.

Defendant, however, is the least culpable of his codefendants. His conduct is limited to the illegal purchase a single firearm and he never participated in recruiting other straw purchasers. He cooperated with agents and told them he agreed to straw purchase the firearm to help his brother pay off a drug debt. He indicated that he was not paid for his purchase.

A couple of additional mitigating factors exist: 1) Defendant is before the Court for his first felony conviction; and 2) He has performed well on pretrial release, completed substance abuse program, and remained drug free during the pendency of this case. Therefore, the United States agrees with the Probation Officer that he appears to be a low risk to reoffend. Consequently, the United States does not object to a slight downward variance.

The PSR recommends a sentence of 6 months' incarceration. PSR at 18. Even if the Court determines Defendant's base level is 12 under USSG §2K2.1(a)(7), a sentence of 6 months is slightly below the 8 to 14 month guideline range.

## IV. CONCLUSION

Therefore, the United States respectfully requests the Court sentence Defendant to no more than 6 months' imprisonment followed by 3 years of supervised release.

Respectfully submitted this 21st day of January 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

 s/ Sheila Phillips
SHEILA PHILLIPS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing sealed documents, and that true and accurate copies have been transmitted electronically to the following recipient: Madeline Ann Mayer, *Attorney for Defendant*

*s/ Carlton Covington*
United States Attorney's Office