**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| ██████████████ | ████████████ | 3 |

## SUMMARY OF EVENT:

<u>Firearm Interdiction:</u> On June 29, 2023, Special Agents (SAs) Kyle Dandoy, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and Daniel Hernandez, Homeland Security Investigations (HSI), conducted a firearm interdiction in the 1000 block of California St. San Luis, AZ 85350, reference a firearm purchased by Francisco Alberto YSLAS, hereinafter YSLAS (Hispanic Male, DOB: ████████████████████████), at *Jones & Jones,* a Federal Firearm Licensee (FFL).

## NARRATIVE:

1. On June 29, 2023, at approximately 12:13 hours, SA Dandoy was contacted by an employee from *Jones & Jones* who stated YSLAS was at the FFL purchasing an AK style rifle.

2. The FFL was advised to contact Agents in the event YSLAS attempted to complete a purchase of a firearm due to the events documented in ROI #2.  Due to this information, SA Dandoy reached out to several Agents in attempt to conduct a firearm interdiction.  The following Agents assisted with the firearm interdiction:

    a. HSI – Daniel Hernandez
    b. HSI – Vince Cahill

3. As SA Dandoy arrived in the area, SA Dandoy called the FFL and learned a white four (4) door sedan matching the description of the same vehicle from ROI #2 was in the parking lot.  At approximately 12:40 hours, the FFL advised SA Dandoy YSLAS left the FFL in a black BMW with temporary plate 47710RP but witnessed YSLAS put the firearm in the trunk of a white Kia, bearing Arizona License Plate 53A6GN.

4.  The FFL stated the BMW was headed North on Avenue E and the Kia South on Avenue E.  As the firearm was in the Kia, SA Dandoy started to follow the Kia.  The Kia was registered to Jose Luis VILLARREAL Jr, hereinafter VILLARREAL (Hispanic Male, ████████████████████████████), with an address of ████████ ████████████, San Luis, AZ 85349.  The BMW was registered to a ██████████████████ (unknown identifers, with an address of ██████████████████████████████.

| Prepared by:<br>Kyle E. Dandoy | Title:<br>Special Agent, Yuma Satellite Office | Signature:<br>KYLE DANDOY *Digitally signed by KYLE DANDOY Date: 2023.07.03 09:46:26 -07'00'* | Date: |
| Authorized by:<br>Chad Key | Title:<br>RAC, Yuma Satellite Office | Signature:<br>CHAD KEY *Digitally signed by CHAD KEY Date: 2023.07.17 14:12:12 -07'00'* | Date: |
| Second level reviewer (optional):<br>Christopher R. Bombardiere | Title:<br>Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only



Photograph of VILLARREAL's Vehicle – 6/29/23

5. As the vehicle left the area, SA Dandoy conducted surveillance and observed the vehicle travel South on Avenue E, West on County 18th Street, South on Somerton Avenue, West on County 19th Street, South on Highway 95, East on County 22nd Street, South on 4th Avenue, East on Union St, South on 5th Avenue, West on California St, North on Sinoff Avenue, East on Union St, and again South on 5th Avenue.

6. As it appeared the driver was aware he was being followed, and SA Hernandez was close by, SA Dandoy initiated a traffic stop as the FFL advised the YSLAS had entered in a different vehicle and placed the firearm in the Kia. As the vehicle stopped in the 1000 Block of California St, SA Dandoy approached the vehicle and introduced himself as police.

7. SA Dandoy asked the driver, later identified as VILLARREAL, the register owner of the vehicle, for his driver's license in which VILLARREAL complied. SA Dandoy asked VILLARREAL if he would mind stepping out of his vehicle and speak with Agents in SA Dandoy's vehicle, VILLARREAL complied.

8. This report serves to memorialize the fact that the statements were audio recorded. It is intended to provide a summary of the substance of the interview and is not intended to be a verbatim or transcribed account of the interview. In accordance with Federal Rules of Evidence 1001 and 1002, an examination of the original recording of this interview is the best evidence of its content. (**Note:** A CD containing this audio recorded interview was entered into evidence as Item #2).

9. Once in SA Dandoy's vehicle, Agents confirmed VILLARREAL's information such as his name, date of birth, and social security number. VILLARREAL provided the information and stated he lived at ▇▇▇▇▇▇▇▇▇▇▇, San Luis, AZ 85349. However, he later admitted to living in Mexico, and the Monreal Lane address belonged to his father. VILLARREAL stated he was currently unemployed and was headed home. VILLARREAL stated he was at *Jones & Jones* as he wanted to buy a firearm but did not. It should be noted the interview was conducted in Spanish and SA Hernandez assisted with translation.

10. Agents asked VILLARREAL who purchased a firearm, and VILLARREAL identified YSLAS. VILLARREAL stated YSLAS was his friend and asked him to hold onto the firearm because he was "busy" in Yuma.

11. SA Dandoy asked VILLARREAL if he had purchased any firearms, a VILLARREAL stated he had purchased one (1) from *Cal-Ranch* and two (2) from *Jones & Jones*. VILLARREAL stated he did not have the firearms anymore and sold them approximately two (2) years ago.

12. At this point, Agents explained to VILLARREAL to stop lying and he needed to start telling the truth. After VILLARREAL was told to stop lying, he stated someone by the name of 'Rojas" would pick up the firearm. At this point at approximately 13:09 hours, SA Dandoy read VILLARREAL his Miranda Rights per ATF Advice of Rights Form (ATF Form 3200.4). SA Hernandez read the form to VILLARREAL who then signed the form waiving his rights.

13. SA Dandoy asked VILLARREAL if anyone else was purchasing firearms besides YSLAS. VILLARREAL stated another subject was, but VILLARREAL did not know the name. SA Dandoy showed VILLARREAL a photograph of Enoc Francisco IBARRA, hereinafter IBARRA (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮, who stated IBARRA was that subject. VILLARREAL stated the last time he picked up IBARRA to purchase a firearm was on Monday, June 26, 2023.

14. According to VILLARREAL, Rojas would tell VILLARREAL to pick up IBARRA by telling him what IBARRA would be wearing, and where he would be. VILLARREAL stated he would get the same instructions when picking up YSLAS. SA Dandoy asked VILLARREAL how many firearms IBARRA had purchased, and VILLARREAL stated more than eight (8). As stated in ROI #1, IBARRA purchased his nineth (9) firearm on June 26, 2023.

15. At this point, SA Dandoy asked VILLARREAL for consent to search his cell phone. VILLARREAL consent to the search of his iPhone, model 12 Pro, serial number DNPDGEBA0D80. A Consent to Search Form (ATF Form 3220.11) was completed and signed by VILLARREAL along with SA Dandoy and SA Hernandez.



Rojas Mexico Phone number – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. SA Dandoy asked VILLARREAL how he would get the money for the firearms, and VILLARREAL stated he would meet with Rojas. Rojas would tell VILLARREAL what firearms needed to be purchased, and where to go

ATF EF 3120.2 (10-2004)
For Official Use Only

purchase the firearms. At this point, SA Dandoy asked VILLARREAL if Agents could enter his vehicle to retrieve the firearms. VILLARREAL consented.

17. SA Cahill took photographs and retrieved the firearm. SA Dandoy also completed a Consent to Forfeiture or Destruction of Property and Waiver Notice (ATF Form 34001.) for the firearm purchased by YSLAS. The firearm was a Century Arms, model VSKA, 7,62x39 caliber rifle, serial number SV7129746, with one (1) magazine. VILLARREAL signed the form along with SA Dandoy and SA Hernandez, abandoning the firearm.



ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation: ███████ | | Investigation Number: ███████ | Report Number: 3 |



Photo of the firearm – 6/29/23

18. SA Dandoy asked VILLARREAL what he would do with the firearm after IBARRA and YSLAS made the purchase. VILLARREAL stated he would take the firearms to his father's house on Monreal Lane. While at the house, R██ would come later that same day and pick up the firearms. VILLARREAL did not know what R██ did with the firearms, but believed they would go to Mexico. According to VILLARREAL, R██ asked him to transport firearms to Mexico, but VILLARREAL stated he refused.

19. SA Dandoy asked VILLARREAL how much he was paid, and VILLARREAL stated he was paid $100 per ride. VILLARREAL stated he does not get paid until R██ picks up the firearm at the house on Monreal Lane. SA Dandoy asked VILLARREAL if IBARRA and YSLAS would be paid for purchasing firearms. VILLARREAL stated he did not know, but assumed they would since they are purchasing the firearms.

20. SA Dandoy asked VILLARREAL who the black BMW belonged to, and VILLARREAL stated YSLAS. When asked who else was in the vehicle, VILLARREAL stated a female, but did not know who it was.

21. At the conclusion of the interview, SA Dandoy asked VILLARREAL if he had an import/export license or and FFL, and VILLARREAL stated he did not. SA Dandoy asked VILLARREAL if he had any questions in which he did not.

22. SA Dandoy later researched VILLARREAL's border crossing history and learned VILLARREAL had also crossed the border the same days of IBARRA's and YSLAS firearm purchases with the exception of June 16, 2023. VILLAREAL had over 70 border crossings for the year 2023.

23. SA Dandoy placed the following items into evidence:

    a.  The firearm as item #1.

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>IBARRA, Enoc et al | Investigation Number:<br>784096-23-0052 | Report Number:<br>3 |
|---|---|---|

    b.  VILLARREAL's audio recorded interview as item #2.

**ATTACHMENTS:**
ATF Form 4473 – YSLAS
Consent to Forfeiture and or Destruction of Property and Waiver Notice (ATF Form 3400.1) – VILLARREAL
Consent to Search (ATF Form 3220.11) – VILLARREAL
Advice of Rights (ATF Form 3200.4) – VILLARREAL
Border Crossing History – VILLARREAL
AZ Driver's License – VILLARREAL

ATF EF 3120.2 (10-2004)
For Official Use Only

OMB No. 1140-0020

Departamento de Justicia de los Estados Unidos
Negociado de Alcohol, Tabaco, Armas de Fuego y Explosivos

## Registro de Transacción de Armas de Fuego

| ADVERTENCIA: La información que proporcione se utilizará para determinar si la ley Federal o Estatal le prohíbe recibir un arma de fuego, o si la ley federal o estatal prohíbe la venta o disposición de un arma de fuego a usted. Ciertas violaciones a la Ley de Control de Armas, 18 U.S.C. § 921 et. seq., se castigan con hasta 15 años de prisión y/o una multa de hasta $250,000. Cualquier persona que exporte un arma de fuego sin la autorización adecuada del Departamento de Comercio o del Departamento de Estado, según corresponda, se expone a una multa de no más de $1,000,000 y hasta 20 años de prisión. | Número de transacción del transferidor/vendedor |
|---|---|
| Lea los Avisos, Instrucciones y Definiciones de este formulario. Prepare el original sólo en los locales con licencia (incluye los negocios realizados temporalmente en una exposición de armas calificado como tal o evento en el estado en que se encuentra el establecimiento autorizado) a menos que la transacción cumpla las condiciones bajo la sección 922(c) del título 18, Código de los Estados Unidos. Todas las entradas deben estar escritas a mano en tinta a menos que el formulario sea preparado según ATF Rul. 2016-2. POR FAVOR USE LETRA DE MOLDE. | 06-2023-93 |

### Sección A - Debe ser completado por el Transferidor/Vendedor antes que el adquiriente/comprador complete la Sección B

| | 1.  Fabricante e importador (de haberlos) Armas de fuego fabricadas privadamente (PMF, por sus siglas en inglés). (Si el fabricante y el importador son diferentes, incluya ambos). | 2.  Modelo (Si está designado) | 3.  Número de serie | 4.  Tipo | 5.  Calibre |
|---|---|---|---|---|---|
| 1. | CENTURY ARMS | VSKA | SV7129746 | RIFLE | 7.62X39 |
| 2. | | | | | |
| 3. | | | | | |

| 6.  Número total de armas a ser transferidas (Por favor deletrée el número total, por ejemplo, uno, dos, etc. No utilice los numerales.)   ONE | 7.  Verifique si alguna parte de esta transacción es una redención de arma de fuego empeñada. Enliste el/los número(s) de la línea de la pregunta 1: | ☐ |
|---|---|---|
| | 8.  Seleccione si alguna parte de esta transacción es para facilitar una transferencia privada. | ☐ |

### Sección B - Debe ser completado personalmente por el adquiriente/comprador

9.  Nombre completo del adquiriente/comprador (Si el nombre legal contiene solo una inicial, escriba "IO" entre comillas después de la inicial. Si no tiene inicial o segundo nombre, escriba "NMN")

| Apellido (Incluyendo sufijo (por ejemplo, Jr, Sr, II, III) | Nombre | Segundo nombre |
|---|---|---|
| YSLAS | Francisco | Alberto |

10.  Estado Actual de Residencia y Dirección (abreviaturas postales del correo de los Estados Unidos son aceptables. No puede ser un apartado de correo).

| Dirección (calle y número) | Ciudad | ¿Reside en los límites de la ciudad? | Estado | Código postal (ZIP CODE) | Condado/Municipalidad/Barrio |
|---|---|---|---|---|---|
| ███████████ | Yuma | ☑ Sí ☐ No ☐ Desconocido | AZ | 85365 | Yuma |

| 11.  Lugar de nacimiento | | 12.  Estatura | 13.  Peso (en libras) | 14.  Sexo | 15.  Fecha de nacimiento |
|---|---|---|---|---|---|
| Ciudad y estado de los Estados Unidos  -O- | País extranjero  Mexico | Pies 5  Pulgadas 08 | 203 | ☑ Masculino ☐ Femenino ☐ No Binario | ████████████ |

| 16.  ██████████ (evitar identificación errónea) | 17.  Número único de identificación personal (UPIN, por sus siglas en inglés) o Identificación de la base de datos del Manejo de Apelaciones (AMD ID, por sus siglas en inglés) (Si aplica) |
|---|---|
| ████████████ | |

| 18.a. Etnicidad | 18.b. Raza (seleccione una o más razas en 18.b. Tanto 18.a. y 18.b. deben ser contestadas.) | | |
|---|---|---|---|
| ☑ Hispano o latino | ☐ Indio americano o nativo de Alaska | ☐ Negro o afroamericano | ☑ Blanco |
| ☐ No Hispano o latino | ☐ Asiático | ☐ Nativo de Hawai o de otras islas del Pacífico | |

19.  País de ciudadanía: (Marque/Anote más de uno, si aplica. Nacionales de los Estados Unidos puede marcar EE. UU.)

☑ Estados Unidos de América (EE. UU.)   ☐ Otros País/Países (Especifique): _____

20.  Si usted es un extranjero, escriba su número de extranjero o admisión a los Estados Unidos (AR#, #USCIS, o I94#): _____

| 21.  Conteste las siguientes preguntas seleccionando el encasillado "sí" o "no" a la derecha de cada pregunta: | Sí | No |
|---|---|---|
| a.  ¿Es usted el adquiriente/comprador actual del arma(s) de fuego que figuran en este formulario y en cualquier hoja(s) de continuación (ATF Formulario 5300.9A)? **Advertencia:** Usted no es el adquiriente/comprador actual, si usted está adquiriendo todas arma(s) de fuego en nombre de otra persona. Si usted no es el adquiriente/comprador real, el transferidor no puede transferirle ninguna de las arma(s) de fuego a usted. Excepción: Si usted solamente va a recoger un arma(s) de fuego reparada para otra persona, usted no está obligado a responder 21.a. y puede proceder con la pregunta 21.b. | ☑ | ☐ |
| b.  ¿Tiene la intención de comprar o adquirir cualquier arma de fuego enumerada en este formulario y cualquier hoja de continuación o munición, para la venta o disposición a cualquier persona descrita en las preguntas 21(c)-(m) o a una persona descrita en la pregunta 21.n.1 que no esté bajo una excepción de no inmigrante? | ☐ | ☑ |
| c.  ¿Tiene la intención de vender o disponer de cualquier arma de fuego enumerada en este formulario y cualquier hoja de continuación o munición para promover cualquier delito grave u otra ofensa punitiva con prisión por un período de más de un año, un delito Federal de terrorismo o una ofensa de tráfico de drogas? | ☐ | ☑ |
| d.  ¿Está bajo acusación o información en cualquier tribunal por un delito grave, o cualquier otro delito por el cual el juez podría encarcelarlo durante más de un año, o es un miembro actual de las fuerzas armadas que ha sido acusado de haber violado el Código Uniforme de Justicia Militar, y cuyos cargos han sido transferidos a una corte marcial general? | ☐ | ☑ |
| e.  ¿Alguna vez ha sido condenado en un tribunal por un delito grave, incluyendo una corte militar, o cualquier otro delito por el que el juez podría haberle encarcelado por más de un año, aunque haya recibido una sentencia más corta entre ellos libertad condicional? | ☐ | ☑ |

Ediciones Anteriores Son Obsoletas

Página 1 de 7

**NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN**

Formulario ATF 4473 (5300.9)
Revisado en December 2022

|  | Sí | No |
|---|---|---|
| f. ¿Es usted un fugitivo de la justicia? | ☐ | ☒ |
| g. ¿Es usted un usuario ilegal de, o adicto a la marihuana o cualquier depresivo, estimulante, narcótico o cualquier otra sustancia controlada? **Advertencia:** El uso o posesión de marihuana sigue siendo ilegal bajo la ley federal, independientemente de si se ha legalizado o despenalizado con fines médicos o de recreo en el estado en el que usted reside. | ☐ | ☒ |
| h. ¿Alguna vez ha sido adjudicado como deficiente mental **O** ha sido alguna vez admitido a una institución mental? | ☐ | ☒ |
| i. ¿Ha sido despedido de las Fuerzas Armadas bajo condiciones deshonorables? | ☐ | ☒ |
| j. ¿Está sujeto a algún mandato judicial por el que se le prohibe acosar, acechar o amenazar a su hijo o hija, o a su pareja, o al hijo de ésta? | ☐ | ☒ |
| k. ¿Alguna vez ha sido condenado en cualquier corte de un delito menor de violencia doméstica, o es, o ha sido miembro de las fuerzas armadas y ha sido convicto de algún crimen que incluye, como elemento, el uso de fuerza en contra de una persona, como indentificado en las instrucciones? | ☐ | ☒ |
| l. ¿Alguna vez ha renunciado a la ciudadanía de los Estados Unidos? | ☐ | ☒ |
| m. ¿Es usted un extranjero ilegal o está ilegalmente en los Estados Unidos? | ☐ | ☒ |
| 21.n.1. ¿Es usted un extranjero que ha sido admitido en los Estados Unidos con una visa de no inmigrante? | ☐ | ☒ |
| 21.n.2. Si contestó "sí" a la pregunta anterior; se encuentra bajo algunas de las excepciones mencionadas en las instrucciones? (Ciudadanos estadounidenses/nacionales dejen 21.n.2 en blanco) | ☐ | ☐ |

Certifico que mis respuestas en la sección A son verdaderas, correctas y completas. He leído y entendido las notificaciones, instrucciones, y definiciones en el Formulario 4473. Entiendo que contestar "sí" a la pregunta 21.a. si no soy el adquiriente/comprador real es castigable como un delito grave bajo la ley federal, y también puede violar leyes estatales y/o locales. Entiendo que una persona que responda "sí" a cualquiera de las preguntas 21.b. a la 21.m. está prohibida de recibir o poseer un arma de fuego. Entiendo que una persona que responda "sí" a la pregunta 21.n.1 está prohibido recibir o poseer un arma de fuego, a menos que la persona conteste "sí" a la pregunta 21.n.2 y proporcione la documentación requerida en 26.d. También entiendo que hacer cualquier declaración oral o escrita falsa, o exhibir cualquier identificación falsa o tergiversada con respecto a esta transacción, es un delito que se castiga como un delito grave bajo la ley federal, y también puede violar leyes estatales y/o locales. Además, entiendo que la compra repetitiva de armas de fuego para fines de reventa para obtener principalmente un lucro sin una licencia federal de armas de fuego es una violación de la ley federal.

| 22. Firma del adquiriente/comprador | 23. Fecha de certificación | | |
|---|---|---|---|
| Francisco A Yslas | Mes C | Día 29 | Año 2023 |

### Sección C - Debe ser completado por el transferidor/vendedor antes de transferir la/las arma(s) de fuego

| 24. Categoría de armas de fuego por entregar (marque todo lo que corresponda): | 25. Si la venta o transferencia es en una exposición de armas o evento autorizado: |
|---|---|
| ☐ Armas cortas (pistolas y revólveres)  ☒ Armas largas (rifles o escopetas)  ☐ Otras armas de fuego (armazón cajón de mecanismos, etc.) | Nombre de Evento: _____  Condado: _____  Dirección: _____  Ciudad, Estado, y Código Postal: _____ |

26.a. Documento de identidad (por ejemplo, licencia de manejar de Virginia u otro documento de identidad gubernamental válido con fotografía, incluyendo una identificación militar.)

| Autoridad que lo expide e índole del documento | Número del documento de identidad | Fecha de vencimiento (de haberla) | | |
|---|---|---|---|---|
| ARIZONA IDENTIFICATION CARD | ██████████ | Mes | Día | Año |

26.b. Documento complementario emitido (si el documento de identificación no muestra el domicilio actual o su nombre legal)

26.c. Órdenes Militares Oficiales Estableciendo Cambio de Estación Permanente (PCS, por sus siglas en inglés):

| Base, Ciudad y Estado del PCS: | Fecha efectiva del PCS: | Número de Orden del PCS (si aplica): |
|---|---|---|

26.d. Excepción a la prohibición extranjero indocumentado: Si el adquiriente/comprador respondió "si" a 21.n.2 registrar el tipo de documento que indique la excepción a la prohibición y adjuntar una copia al Formulario de ATF 4473:

**Aviso:** Si el adquiriente/comprador es menor de 21 años, se puede aplicar un periodo de espera de hasta 10 días cuando se reciba la notificación de NICS dentro de los 3 días hábiles para investigar más a fondo un posible expediente juvenil descalificador. Una verificación de NICS es válida solo durante 30 días calendario a partir de la fecha anotada en la pregunta 27a.

| 27.a. Incluya la fecha en que la información del adquiriente/comprador en la sección B fue transmitida al NICS o la agencia estatal correspondiente: | 27.b. El número de transacción del NICS o del estado (si es provista): |
|---|---|
| Mes 6  Día 29  Año 2023 | 102ZKTH21 |

27.c. La respuesta inicialmente proporcionada por NICS o la agencia estatal correspondiente fue:

☒ Aprobada  FBI NICS ECHECK 3:26 PM  ☐ Denegada  ☐ Cancelada

☐ Aplazada
La(s) arma(s) de fuego pueden ser transferidas el _____ si el período de tiempo no es extendido por el NICS o la agencia estatal designada, y la ley estatal lo permite (opcional).

Formulario ATF 4473 (5300.9)
Revisado en December 2022

Página 2 de 7          NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN

27.d. Antes de la transferencia, la(s) respuesta(s) siguiente(s) fue/fueron proporcionadas por NICS o la agencia estatal aprobada:

☐ Aprobado _____ (fecha)    ☐ Denegado _____ (fecha)    ☐ Cancelado _____ (fecha)

☐ Revocado _____ (fecha)    ☐ No se proporcionó respuesta dentro de los tres días hábiles

☐ Notificación de atraso adicional del comprador menor de 21 años recibida en _____ (fecha), y puede ser transferida en _____ (fecha).

☐ No se proporcionó respuesta dentro de los 10 días hábiles posteriores al astraso inicial para el adquiriente/comprador menor de 21 años.

27.e. Después de la transferencia del arma de fuego, la respuesta siguiente fue proporcionada por NICS o la agencia estatal apropiada (si aplica) en:

_____ (fecha).    ☐ Aprobado    ☐ Denegado    ☐ Cancelado

28. ☐ La verificación de NICS no es requerida ya que una verificación de antecedentes fue completada durante el proceso de aprobación de NFA para el individuo que recibirá el arma de fuego, como está reflejado en la aplicación aprobada de NFA.

29. ☐ La verificación de NICS no es requerida ya que el adquiriente/comprador tiene un permiso válido del estado en donde tiene lugar la transferencia, que cualifica como una excepción de NICS.

| Estado expedidor y tipo de permiso | Fecha de expedición (de haberla) | Fecha de vencimiento (de haberla) | Número del permiso (del haberla) |
|---|---|---|---|
| | | | |

## Sección D - Debe responder personalmente el adquiriente/comprador

Si la transferencia del arma(s) de fuego se lleva a cabo en un día diferente de la fecha en que el adquiriente/comprador firmó la sección B, el adquiriente/comprador debe completar la sección D inmediatamente antes de la transferencia del arma(s) de fuego.

Yo certifico que todas mis respuestas en la Sección B de esta forma sigue siendo verdaderas, correctas y completas.

| 30. Firma del adquiriente/comprador | 31. Fecha de la recertificación | | |
|---|---|---|---|
| | Mes | Día | Año |

## Sección E - Debe ser completado por transferidor/vendedor

| 32. Para uso por parte del titular de la licencia de armas de fuego | 33. Nombre commercial/corporación y dirección del transferidor/vendedor y el número de la licencia federal de armas (debe contener por lo menos los primeros tres y los últimos cinco dígitos X-XX-XXXXX; sello de mano puede ser utilizado) |
|---|---|
| | **Jones & Jones**<br>**17490 S. Avenue E**<br>**Somerton, AZ 85350**<br><br>**9-86-03805** |

El Individuo Transfiriendo La/Las Arma(s), Debe Completar Las Preguntas 34-36.

Para Transacciones Denegadas/Canceladas, El Individuo Que Completo La Sección C Deben De Completar Las Preguntas 34-35.

Yo certifico que: (1) he leído y comprendo los avisos, instrucciones, y definiciones en esta Forma 4473 de ATF; (2) la información grabada en la Sección A, C, y E son verdaderas, correctas y completas; y (3) este registro de transacción ha sido completado en su totalidad en las instalaciones comerciales del licenciatario ("instalaciones del licenciatario" incluye actividades comercial temporeras realizadas desde una exposición de armas o eventos autorizados dentro el mismo estado en cual está la instalación de licenciario) a menos que la transacción haya cumplido con los requisitos bajo 18 U.S.C 922(c). A menos que esta transacción haya sido denegada o cancelada por NICS o la agencia del estado, además certifico a base de — (1) las respuestas del adquiriente/comprador en la Sección B (y Sección D, si aplica); (2) la verificación de identidad grabada en la pregunta 26 (y la re-verificación al momento de ser transferida, si la Sección D fue completada); y (3) las leyes locales o estatales aplicables para los negocios de armas — entiendo que no es ilegal que yo venda, entregue, transporte, o que disponga de la/las arma(s) de fuego enlistada(s) en esta forma a la persona identificada en la Sección B. Si esta transacción requirió una verificación de NICS, certifico además que esta transferencia de arma(s) de fuego es dentro de los 30 días a partir de la fecha del contacto inicial con NICS.

| 34. Nombre del transferidor o vendedor (en letra de molde) | 35. Firma del transferidor/vendedor | 36. Fecha de entrega | | |
|---|---|---|---|---|
| **Margaret C. Jones** | | Mes 6 | Día 29 | Año 2023 |

RECORDATORIO - Al cierre de las operaciones, completar la forma 3310.4 de ATF para Ventas Múltiples de armas cortas dentro de 5 días laborables consecutivos.

### AVISOS, INSTRUCCIONES Y DEFINICIONES

**Fines de este formulario:** La información y certificación del presente formulario sirven para que el que posea una licencia conforme a 18 U.S.C § 923 del título 18, Código de los Estados Unidos, determine si él/ella puede vender o entregar legalmente un arma de fuego a la persona indicada en la sección A y para que el adquiriente/comprador esté alertado de las restricciones que se imponen al recibo y la posesión de armas de fuego. Este formulario sólo debe utilizarse para las ventas o entregas en las cuales el transferidor/vendedor posee una licencia conforme a la sección 923 del título 18, Código de los Estados Unidos. El transferidor/vendedor del arma de fuego debe determinar la legalidad de la transacción y guardar constancias adecuadas de la misma. Por consiguiente, el transferidor/vendedor debe conocer las disposiciones de las 18 U.S.C § 921-931 del título 18, Código de los Estados Unidos y de los reglamentos que figuran en la partes 478 y 479 del título 27, Código de los Reglamentos Federales. Al determinar la legalidad de la

venta o entrega de un rifle o escopeta al residente de otro estado, se presume que el transferidor/vendedor conoce las leyes y las ordenanzas publicadas pertinentes de los estados del transferidor/vendedor y del adquiriente/comprador. (Véase la Publicación 5300.5 de ATF, (en https://www.atf.gov/.) Leyes Estatales y Ordenanzas Publicadas)

En general, el Formulario ATF 4473 debe ser completado en los locales comerciales con licencia cuando un arma de fuego se transfiere en una transacción directa. La ley federal, 18 U.S.C § 922(c) del título 18, Código de los Estados Unidos, permite a un importador, fabricante o distribuidor con licencia vender un arma de fuego a una persona que no aparece personalmente en el establecimiento comercial del licenciatario sólo si el adquiriente/comprador cumple con ciertos requisitos. Estos requisitos se exponen en 18 U.S.C. § 922(c), en la parte 478.96(b) del título 27, Código de Reglamentos Federales y en el Procedimiento ATF 2020-1.

Página 3 de 7    NO SEPARE LAS PÁGINAS; ENGRÁPELAS SI SE SEPARAN    Formulario ATF 4473 (5300.9)<br>Revisado en December 2022

JONES & JONES

17490 S. Avenue E
P.O. Box 482
Somerton, AZ 85350
(928)627-3833

# Sales Receipt

| Date | Sale No. |
|---|---|
| 6/29/2023 | 06-2023-93 |

| Sold To |
|---|
| YSLAS, FRANCISCO ALBERTO |
| ████████████████████ |
| YUMA, AZ 85365 |
| ████████ |

| Check No. | Payment Method | Project |
|---|---|---|
| | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| #16703 - CENTURY ARMS VSKA - 7.62X39<br>S/N SV7129746 | | 829.00 | 829.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $829.00 |
| **Sales Tax (6.712%)** | $55.64 |
| **Total** | $884.64 |

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Consent to Forfeiture or Destruction of Property and Waiver of Notice**

| 1. Investigation Number  784096.23-0052 | |
|---|---|
| 2. Full Name and Address of Party Granting Consent  DOJE LUIS VILLARREAL JR. | 3a. Date of Seizure/Receipt  6-19.23 |
| | 3b. Date taken into ATF Custody  6-19.23 |
| 4. Judicial District in which Property was Seized/Received  AZ | 5. ATF Field Division  LOS ANGELES |

**6. Description of Property**

| (a) Item Number | (b) Description of Property |
|---|---|
| 1 | CENTURY ARMS, VSKA, 7.62X39 CALIBER, SERIAL # W/ ONE MAGAZINE      SV7129746 |

(Use reverse side if necessary)

**7. Consent to Forfeiture or Destruction of Property and Waiver of Notice**

I, the undersigned, hereby voluntarily surrender and relinquish all rights, title, and interest in, and all claims to the above-described property in order that said property may be disposed of by the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in accordance with law. I understand that the above-described property may be subject to administrative or judicial forfeiture under State or Federal law, or may otherwise be disposed of in accordance with law, including destruction as abandoned property or contraband material. I hereby expressly consent to such action by ATF without further notice.

In the event that ATF seeks to forfeit the above-described property, I understand that ATF is required to send notice of any non-judicial civil forfeiture proceeding pursuant to Title 18, United States Code, Section 983 or Title 19, United States Code, Section 1607. I hereby consent to the forfeiture of the above-described items. Furthermore, I expressly waive any right to receive notice of any forfeiture proceeding, any right to challenge any forfeiture, and any right to later request remission or mitigation of forfeiture or otherwise seek the return of the above-described property under Federal law. I hereby expressly waive all constitutional, legal and equitable claims arising out of and/or defenses to forfeiture of the above-described property in any proceeding, including any claim of innocent ownership and any claim or defense under the Eighth Amendment, including any claim that such forfeiture constitutes an Excessive Fine.

I further agree to unconditionally release and hold harmless the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees and agents from any and all claims, grievances, entitlements, demands, damages, causes of action or suits, whether in their official or individual capacity, of whatever kind and description, and wherever situated, that might now exist or hereafter arise by reason of, or growing out of, or affecting, directly or indirectly, the possession, seizure, custody, destruction, or other lawful disposition of the above-described property. I further agree to hold harmless and indemnify the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees, and agents, to the extent of the value of the above-described property, against any claims possessed by any third party that may arise in any way from the possession, seizure, custody, destruction, or other lawful disposition of the above-described property in accordance with law.

| Signature | Date  6-29-23 |
|---|---|
| **8. Witnessed by** | |
| a. Special Agent Signature  6598 | Date  6-29-23 |
| b. Other Witness Signature (Name and Title)  D. Hernandez  A6055 | Date  6-29-23 |

ATF E-Form 3400.1
Revised May 2013

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Consent to Search**

Case Number  784096.27.0052

I understand that I have a right to refuse to give my consent to a search and may demand that a search warrant be obtained prior to any search of the person or property described below.

I understand that any contraband or evidence of a crime found during the search can be seized and used against me in any court of law or other proceeding.

I understand that I may consult with an attorney before or during the search.

I understand that I may withdraw my consent to this search at any time prior to the search's termination.

This consent to search has been given voluntarily without promises, threats, coercion or force of any kind whatsoever.

I have read the above statement of rights, understand these rights, and hereby authorize agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to conduct a complete search of the property described below.

Describe Vehicle, Premises, Person, or Items to be Searched.

iPhone 12 Pro, Serial # ONPOGEBAOOCO
PASSCODE 280212
1340 Hours

| Signature of Consentee | Date |
|---|---|
| *(signature)* | 6-29-23 |
| Signature of Special Agent   6598 | Date 8-29-23 |
| Signature of Witness(es)   D.Hernandez  A.boss | Date 06-29-23 |

ATF Form 3220. 11
Revised March 2007

U.S. Departamento de Justicia
Departamento de Alcohol, Tabaco, Armas de Fuego y Explosivos

Aviso de Derechos y Renuncia

## Afirmación de Derechos

- Usted tiene el derecho de permanecer callado.

- Cualquier declaración suya puede ser usada en su contra en un procedimiento legal.

- Usted tiene el derecho de hablar con un abogado antes de que le hagamos cualquier pregunta y de tenerlo presente con usted durante las preguntas.

- Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta.

- Si usted decida contestar nuestras preguntas en este momento sin tener a un abogado presente, siempre tendrá el derecho de dejar de contestar cuando usted desea.

## Renuncia

Yo he leído esta declaración de mis derechos o me han sido leído a mi, y entiendo mis derechos. En este momento, estoy dispuesto a contestar las preguntas sin tener a un abogado presente. No me han hecho ninguna promesa, ni presión, ni fuerza de cualquier manera ha sido usada en mi contra.

Firma: _Jose Luis Villarreal J._

Nombre en letra de molde: _Jose Lus Villarreal J._

Firma del testigo: _[signature]_

Nombre en letra de molde: _K DAMP·Y_

Fecha/Hora: _6-29-23 / 1309_

Note:  Previous Editions Are Obsolete

ATF E-Form 3200.4
Revised September 2005